UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., *et al.* | ) ) ) | CASE NO. 1:08-CV-00051 |
| Plaintiffs | ) ) ) | JUDGE CHRISTOPHER BOYKO |
| vs. | ) ) | STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY |
| DDR MDT GREAT NORTHERN, LLC | ) ) | |
| Defendant | ) | |

We, the attorneys for the respective parties, do hereby stipulate that this action is hereby dismissed with prejudice as to all claims, each party to pay their own costs and attorney fees, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Approved:

*s/ William D. Edwards*
William D. Edwards (0062861)
Adrienne L. Rapp (0077802)
ULMER & BERNE LLP
Skylight Office Tower
1600 West 2nd Street, Suite 1100

IT IS SO ORDERED.

Cleveland, OH 44113
Tel: (216) 583-7000
Fax: (216) 583-7001

S/Christopher A. Boyko
U.S. District Court Judge

wdedwards@ulmer.com
arapp@ulmer.com

August 13, 2008

Attorneys for Defendant

Guy M. Shir, Esq.
Florida Bar No.: 0114863
Kahan, Shir & Associates, P.A.
1800 N.W. Corporate Blvd., Ste. 102
Boca Raton, Florida 33431-7336
Telephone: (561) 999-5999
Facsimile: (561) 893-0999
E-mail: gshir@kahanshir.com

Todd W. Shulby, Esq.
Florida Bar No.: 068365
Todd W. Shulby, P.A.
12555 Orange Drive, Suite 270
Davie, Florida 33330-4304
Telephone: (954) 862-1770
Facsimile: (954) 862-1769
E-mail: tshulby@comcast.net

Attorneys for Plaintiffs

IT IS SO ORDERED.

_____
JUDGE

Case 1:08-cv-00051-CAB Document 25 Filed: 08/08/12/2008 Page 2 of 3

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court system.


                                                s/ *William D. Edwards*
                                              Attorney for Defendant

1723254v1
23896.00106